FILED

09/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0410

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0410

---

IN THE MATTER OF

L.S.A.,

A Youth in Need of Care.

---

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

---

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore,

IT IS HEREBY ORDERED that Appellant, K.V., is granted an extension of time until November 13, 2024, to prepare, serve, and file the Opening Brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Grant of Extension of Time
Chief Justice, Montana Supreme Court
September 17 2024